UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elliott Frutkin,<br><br>        Plaintiff,<br><br>  vs.<br><br>Rash Curtis & Associates,<br><br>        Defendants. | Case No.: 5:17-cv-03478-BLF<br><br>~~[PROPOSED]~~ **ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: January 19, 2018

*/s/ Beth Labson Freeman*

Judge: Beth Labson Freeman